1  Andrew A. Bao (SBN 247092)
   aabao@wolfewyman.com
2  Meagan S. Tom (SBN 273489)
   mstom@wolfewyman.com
3  WOLFE & WYMAN LLP
   2175 N. California Blvd., Suite 645
4  Walnut Creek, California 94596-3502
   Telephone:  (925) 280-0004
5  Facsimile:   (925) 280-0005

6  Attorneys for Defendant
   PNC BANK, N.A.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | THUY WONG AND PAUL WONG WIFE AND HUSBAND, | Case No.: 16-cv-01961-NC |
|---|---|---|
| 12 | | (Removed from Monterey County Superior Court, Case No. 16CV000681) |
| 13 | Plaintiffs, | |
| 14 | v. | **PROOF OF SERVICE RE: REMOVAL OF ACTION TO FEDERAL COURT** |
| 15 | PNC BANK, successor-in-interest for NATIONAL CITY BANK, a business entity of unknown formation; and DOES 1-10, Inclusive, | |
| 16 | | Action Filed: March 2, 2016 |
| 17 | Defendants. | Trial Date: None set |

18     I, Kathy Hagmaier, hereby certify as follows:

19     I am employed in the County of Orange, State of California.  I am over the age of 18 and not

20 a party to the within action.  My business address is 2301 Dupont Drive, Suite 300, Irvine, California

21 92612-7531.

22     On April 15, 2016, I served true and correct copies of the documents, described as:

23     •     **NOTICE OF REMOVAL OF ACTION;**

24     •     **CIVIL COVER SHEET;**

25     •     **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT;**

26     •     **CERTIFICATE OF INTERESTED ENTITIES AND PERSONS BY PNC BANK, N.A.;**

27

28     •     **CLERK'S NOTICE OF JUDICIAL ASSIGNMENT TO MAGISTRATE JUDGE NATHANAEL M. COUSINS;**

1

**PROOF OF SERVICE RE: REMOVAL OF ACTION TO FEDERAL COURT**

2402219.1

- **DEFENDANT PNC BANK, N.A. DECLINATION OF MAGISTRATE**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
- **CIVIL STANDING ORDER MAGISTRATE JUDGE NATHANAEL M. COUSINS;**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT**
- **PROOF OF SERVICE RE: REMOVAL OF ACTION;**

on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as follows:

Edward A. Rose, Jr., Esq. (SBN 177878)
7324 Southwest Freeway, Suite 610
Houston, TX 77074

I caused such envelope to be delivered by U.S. Mail to the offices of the addressee. I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid during the regular course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on this 15th day of April, 2016, at Irvine, California.

_____
Kathy Hagmaier